IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31059
Summary Calendar
_____

WELTON BROWN,

Petitioner-Appellant,

versus

CARL CASTERLINE, Warden,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-2481
- - - - - - - - - -
April 21, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Welton Brown, federal prisoner #21317-034, appeals the district court's denial of his 28 U.S.C. § 2241 application. Brown seeks credit against his federal sentence for the five years he served at the Louisiana State Penitentiary on state robbery charges arising out of the same events as his federal bank robbery conviction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we AFFIRM for the reasons given by the district court. Brown v. Warden, No. 96-2481 (W.D. La. Aug. 15, 1997). Brown is warned that any further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

challenges to his sentence will result in the imposition of sanctions.